No. 00-5539. STARKS v. KAPTURE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00-5543. HEARTLEY v. TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00-5549. ONIFER v. TYSZKIEWICZ, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00-5554. SAMRA v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 00-5555. MAGEE v. AYERS, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 00-5557. RAMOS v. ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00-5558. STEWART v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 00-5559. STANDARD v. YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00-5561. FREEMAN v. COUNTY OF BEXAR ET AL. C. A. 5th Cir. Certiorari denied.

No. 00-5563. ABDUL-MATEEN v. HOFBAUER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00-5570. WEAVER v. SCHOOL BOARD OF LEON COUNTY, FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 00-5571. BARRASCOUT v. HARRIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00-5573. BROWN v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 00-5576. AL-HAKIM, AKA HARRIS v. BUTNER ET AL. C. A. 11th Cir. Certiorari denied.